EASTERN DIST.
March, 1832.

MILLAUDON
vs.
SMITH.

The appeal must be made returnable to the next term of the Supreme Court immediately succeeding the term of the court when the judgment was pronounced.

Whether after a cause has been set down for trial, it be too late to dismiss the appeal? Quere.

---

## MILLAUDON vs. SMITH.

APPEAL FROM THE COURT OF THE THIRD DISTRICT.

The appeal must be made returnable to the next term of the Supreme Court, immediately succeeding the term of the court when judgment was pronounced.

*Mathews, J.* delivered the opinion of the court.

In this case, as in that of *Campbell*, Riche & Co. *vs.* Winbush, the appeal is not made returnable to the proper term of the Supreme Court, as required by law, and the appellees having been cited to appear at a term, later than that designated by the article 583, of the Code of Practice, their counsel moves to dismiss the appeal.

There is no substantial difference in the two cases, and the judgments must be the same in both. The same reservation of the right to move for a dismissal, when the cause was fixed for trial, was made in each.

It is, therefore, ordered, adjudged and decreed, that this appeal be dismissed, at the costs of the appellant.